IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN COIT,
    Plaintiff

v.

SUPERINTENDENT GARMAN, et al.,
    Defendants

No. 1:17-cv-01438

(Judge Kane)

## ORDER

**AND NOW**, on this 10th day of August 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel (Doc. No. 42), is **DENIED**;

2. Plaintiff's motions to appoint counsel (Doc. No. 38, 44), are **DENIED without prejudice**;

3. Plaintiff's motion for ADR (Doc. No. 47), is **DENIED without prejudice**;

4. Defendants' motion for an extension of time to complete discovery (Doc. No. 48), is **GRANTED**. The discovery deadline is reopened and the deadline to complete discovery is extended to September 28, 2018. Any dispositive motion shall be filed on or before October 31, 2018; and

5. Defendants' motion to depose Plaintiff (Doc. No. 49) pursuant to Federal Rule of Civil Procedure 30(a)(2), is **GRANTED**. Defendants, by their counsel, may take the deposition of Plaintiff at a place and time suitable to the prison administration wherein Plaintiff is confined.

                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania