IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN COIT, :
    Plaintiff :
  : No. 1:17-cv-1438
v. :
  : (Judge Kane)
MR. GARMAN, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 26th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the caption of this matter to reflect that the correct spelling of Defendants Hashenberger, Lylttle, and Cleveland's last names is Harshbarger, Lytle, and Cleveland, respectively;

2. Defendants' motion for summary judgment (Doc. No. 52) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff Kevin Coit as to all remaining counts from Plaintiff's complaint (Doc. No. 1); and

4. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania